594

438 A.2d 652

Commonwealth v. Sweeney, Appellant.

Argued June 10, 1980. G. Guy Smith, for appellant; David E. Fritchey, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

438 A.2d 652

Commonwealth v. Wagner, Appellant.

Submitted June 13, 1980. Robert L. Marks, for appellant; Gailey C. Keller, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.